UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEREIANA H. RELF | * | CIVIL ACTION |
| | * | |
| | * | NO. |
| VERSUS | * | |
| | * | JUDGE |
| ASBESTOS CORPORATION | * | |
| LIMITED, ET AL. | * | MAG. |
| | * | |

\* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1332, defendants, Maryland Casualty Company, Continental Insurance Company, Century Indemnity Company, Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Surety Company, and Federal Insurance Company (hereinafter referred to collectively as "Defendants"), hereby remove to this Court the State Court action described below:

## FACTUAL BACKGROUND

1. This matter was originally filed by decedent Jereiana H. Relf for damages as a result of her alleged contraction of malignant mesothelioma. Following her death, her spouse Joseph Relf, Jr. and her son Jonathan Mitchell (the "Plaintiffs"), substituted themselves to pursue a survival action and to assert wrongful death claims in the Second Supplemental and Amending Petition for Damages. On August 23, 2013, the Plaintiffs filed a Fourth Supplemental and

Amended Petition for Damages in Civil District Court for the Parish of Orleans, State of Louisiana, naming as additional defendants Maryland Casualty Company, Continental Insurance Company, Century Indemnity Company, Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Surety Company, and Federal Insurance Company as insurers of Asbestos Corporation Limited ("ACL"). That State Court proceeding bears the docket number 12-5415 ("the State Court action").

2. Maryland Casualty Company was served with the Fourth Supplemental and Amended Petition for Damages on September 24, 2013.

3. Continental Insurance Company was served with the Fourth Supplemental and Amended Petition for Damages on September 24, 2013.

4. Century Indemnity Company was served with the Fourth Supplemental and Amended Petition for Damages on September 20, 2013.

5. Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Surety Company was served with the Fourth Supplemental and Amended Petition for Damages on October 28, 2013.

6. Federal Insurance Company was served with the Fourth Supplemental and Amended Petition for Damages on September 24, 2013.

7. Pursuant to 28 U.S.C §1446(a), attached hereto as Exhibits "1" - "5" are all pleadings served upon Defendants in the State Court action.

**BASIS OF REMOVAL AND JURISDICTION IN THIS COURT**

8. This Court has jurisdiction pursuant to 28 U.S.C. §1332 because, upon information and belief, the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and because the controversy is between citizens of different states.

9. Specifically, the Second Supplemental and Amended Petition for Damages alleges that the Plaintiffs, Joseph Relf, Jr. and Jonathan Mitchell, are residents and domiciliaries of Jefferson Parish in the State of Louisiana. Further, the following is identification of the defendants' state of incorporation and principal place of business. Maryland Casualty Company is incorporated in Maryland and has its principal place of business in Illinois. Continental Insurance Company is incorporated in Pennsylvania and has its principal place of business in Pennsylvania. Century Indemnity Company is incorporated in Pennsylvania and has its principal place of business in Pennsylvania. Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Surety Company, is incorporated in Connecticut and has its principal place of business in Connecticut. Lastly, Federal Insurance Company has its principal place of business in New Jersey and is incorporated in Indiana. Thus, there is complete diversity between the parties. 28 U.S.C. §1332(a).

10. While the Plaintiffs do not itemize their damages in the Original Petition for Damages or in the Supplemental and Amending Petitions for Damages filed thereafter, upon information and belief, and based upon the allegations contained in the Petition for Damages that decedent Jereiana H. Relf contracted malignant mesothelioma, the amount in controversy herein exceeds the sum of $75,000, exclusive of interest and costs, although Defendants deny any such liability. Further, the Plaintiffs were awarded $5,667,501.00 in damages in the State Court action on January 21, 2014. Therefore all requirements are met for approval under 28 U.S.C. §§1332 and 1441.

11. Movers Maryland Casualty Company, Continental Insurance Company, Century Indemnity Company, Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Surety Company, and Federal Insurance Company are the only defendants in this case, so the

3

consent of additional defendants for removal is not necessary. Movers herein have all agreed to this removal.

12. This Notice of Removal is timely filed within 30 days of January 6, 2014, which was the date of the Judgment signed by the Judge in the Civil District Court for the Parish of Orleans sustaining the Defendants' Exceptions of Improper Venue, dismissing Plaintiffs' claims and transferring this matter to the Twenty-Fourth Judicial District Court for the Parish of Jefferson which was the Judgment from which it could first be determined that the case is removable, in compliance with 28 U.S.C. §1446(b).

13. This Notice of Removal is also timely filed within the 1 year after commencement of the action pursuant to 28 U.S.C. §1446(c)(1) as the lawsuit was improperly filed against the Defendants in the Civil District Court for the Parish of Orleans and was ordered to be transferred to the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, a court of proper venue. Further, the January 6, 2014 Judgment discussed above, is a new and separate proceeding to be instituted by the Plaintiffs against the Defendants.

14. This jurisdiction is the proper forum for this matter because the alleged events or omissions giving rise to Plaintiffs' purported claims occurred in this judicial district. 28 U.S.C. §1391(a)(2).

15. Promptly after filing this Notice of Removal, the Defendants shall cause a true and correct copy of the same to be filed with the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana, and with the Clerk of the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, and service of the Notice of Removal will be effected on all adverse parties through their counsel of record.

16. Copies of all pleadings, orders and other filings in the Twenty-Fourth Judicial

District Court for the Parish of Jefferson and in the Civil District Court for the Parish of Orleans, the State Court action, which are extensive, will be delivered to the clerk as required by 28 U.S.C. §1447. Those filings also consist of Exhibits "1" – "5", described above.

17. By filing this Notice of Removal, the Defendants do not waive and hereby reserve all defenses and objections to the Fourth Supplemental and Amended Petition for Damages, which named the Movers herein as additional defendants in the State Court action.

18. Pursuant to 28 U.S.C. §1446(a), undersigned counsel states that the averments of this Notice of Removal are well grounded in fact and warranted by existing law and that this matter is within the jurisdiction of this Court.

## CONCLUSION AND PRAYER

WHEREFORE, defendants Maryland Casualty Company, Continental Insurance Company, Century Indemnity Company, Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Surety Company, and Federal Insurance Company request that this Court assume full jurisdiction over the cause herein as provided by law. This Court has jurisdiction over the dispute in that the matter in controversy exceeds, upon information and belief, the sum or value of $75,000 exclusive of interest and costs, and is between citizens of different states.

Respectfully submitted,

_/s/ David P. Salley_
DAVID P. SALLEY (#19770)
ERIKA L. MULLENBACH (#31890)
SALLEY, HITE, MERCER & RESOR, LLC
365 Canal Street, Suite 1710
New Orleans, Louisiana 70130
Phone: 504-566-8820
Fax:   504-566-8828
Email: dsalley@shmrlaw.com
       emullenbach@shmrlaw.com
*Attorneys for Maryland Casualty Company*

/s/ Desiree W. Adams
PAULA M. WELLONS (#19028)
DESIREE W. ADAMS (#23616)
TAYLOR, WELLONS, POLITZ & DUHE, APLC
1515 Poydras Street – Suite 1900
New Orleans, Louisiana 70112
Phone: 504-525-9888
Fax: 504-525-9899
Email: dadams@twpdlaw.com
*Attorneys for Continental Insurance Company*

/s/ Nancy B. Gilbert
JOHN P. WOLFF, III (#14504)
NANCY B. GILBERT (#23095)
KEOGH, COX & WILSON, LTD.
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana 70821
Phone: 225-383-3796
Fax: 225-343-9612
Email: jwolff@kcwlaw.com
　　　ngilbert@kcwlaw.com
*Attorneys for Federal Insurance Company*

/s/ Simeon B. Reimoneng
Simeon B. Reimonenq, Jr. (#19755)
Katherine O. Hannan (#29503)
LUGENBUHL, WHEATON, PECK, RANKIN
 & HUBBARD
601 Poydras St., Suite 2775
New Orleans, Louisiana 70130
Phone: 504-568-1990
Fax: 504-310-9195
Email: sreimonenq@lawla.com
　　　khannan@lawla.com
*Attorneys for Travelers Casualty & Surety Company f/k/a The Aetna Casualty and Surety Company, in its capacity as an alleged insurer of Asbestos Corporation Limited*

                */s/ Martha Y. Curtis*
JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
PAUL R. TRAPANI, III (#32735)
SHER GARNER CAHILL RICHTER
  KLEIN & HILBERT, L.L.C.
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Phone: 504-299-2100
Fax:   504-299-2300
Email: mcurtis@shergarner.com
*Attorneys for Century Indemnity Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of February, 2014, served a copy of the foregoing pleading on counsel for all parties via the Court's CM/EMF electronic filing system.

                */s/ David P. Salley*